**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. WASHINGTON NATIONAL INSURANCE COMPANY.**

No. 13053.

Circuit Court of Appeals, Eighth Circuit.

May 24, 1945.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Oliver T. Remmers, of St. Louis, Mo., and R. J. Wetterlund, of Evanston, Ill., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced and matter remanded to Board to make findings as to amounts of back pay due, etc., on petition for enforcement and stipulation of parties.

---

**Mrs. Ottie G. NEEDHAM, Appellant, v. Sara P. BECKER, Doing Business as Becker Chemical Company, Appellee.**

No. 9950.

Circuit Court of Appeals, Sixth Circuit.

June 11, 1945.

Walter F. Murray, of Cincinnati, Ohio, for appellant.

Wood, Arey, Herron & Evans, of Cincinnati, Ohio, for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record briefs and oral argument of counsel; and it appearing to the court that there is no reversible error on the record, it is therefore ordered, adjudged and decreed that the judgment appealed from entered September 15, 1944, be and the same is in all things affirmed.

---

**John NEUBRAND v. Charles THOMAS, Director, Civilian Public Service Camp No. III, Mancos, Colorado.**

No. 2915.

Circuit Court of Appeals, Tenth Circuit.

May 14, 1945.

Carle Whitehead, of Denver, Colo., for appellant.

Thomas J. Morrissey, U. S. Atty., and Ivor Wingren, Asst. U. S. Atty., both of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.